1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12   FERNANDO ZAZUETTA          ) Case No. 8:20-cv-01109-FWS-JC
     GONZALES,                  )
13                              ) ORDER ACCEPTING FINDINGS,
                                ) CONCLUSIONS, AND
14                Petitioner,   ) RECOMMENDATIONS OF UNITED
                                ) STATES MAGISTRATE JUDGE
15                              )
          v.                    )
16                              )
                                )
17   DAVID HOLBROOK,            )
                                )
18                Respondent.   )

19

20        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

21   Habeas Corpus by a Person in State Custody ("Petition") and all of the records

22   herein, including the April 20, 2023, Report and Recommendation of United States

23   Magistrate Judge [29] ("Report and Recommendation").  The Court approves and

24   accepts the Report and Recommendation.

25        IT IS ORDERED that the Petition is denied on its merits, this action is

26   dismissed with prejudice, and Judgment be entered accordingly.

27   ///

28

1

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2   the Judgment herein on petitioner and counsel for respondent.

3     IT IS SO ORDERED.

4

5   DATED:  June 1, 2023

6

7   _____

8   Hon. Fred W. Slaughter
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2