JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ZAZUETTA GONZALES,<br><br>Petitioner,<br><br>v.<br><br>DAVID HOLBROOK,<br><br>Respondent. | Case No. 8:20-cv-01109-FWS-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: June 1, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE